IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02197-AP

FRANCINE DAVIDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

# JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar, Esq. | TROY A. EID |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| Telephone (719) 543-8636 | KEVIN TRASKOS |
| E-mail: seckarlaw@mindspring.com | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0100 |
| | kevin.traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** October 18, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:** December 18, 2007

**C. Date Answer and Administrative Record Were Filed:** January 14, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** March 11, 2008

**B. Defendant's Response Brief Due:** April 11, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** April 26, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of February 2008.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| MICHAEL W. SECKAR<br><br>*s/Michael W. Seckar*<br><br>402 W. 12th Street<br>Pueblo, Colorado<br>719-543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>*s/Kevin T. Traskos*<br>KEVIN T. TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>(303) 454-0100<br>Kevin.Traskos@usdoj.gov<br><br>Attorneys for Defendant<br><br>Of counsel:<br>   Stephanie Fishkin Kiley<br>   Assistant Regional Counsel<br>   1961 Stout Street, Suite 1001A<br>   Denver, Colorado 80294<br>   Telephone: (303) 844-0815<br>   Stephanie.Fishkin.Kiley@ssa.gov |