IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02197-ZLW

FRANCINE M. DAVIDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____

ORDER
_____

    It is ORDERED that the Stipulated Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412 (Doc. No. 25) is granted. It is

    FURTHER ORDERED that Plaintiff is awarded her attorney's fees in this matter in the amount of $5,900.00 pursuant to 28 U.S.C. § 2412.

    DATED at Denver, Colorado, this 18th day of December, 2008.

    BY THE COURT:

_____
 ZITA L. WEINSHIENK, Senior Judge
 United States District Court